

FEB 21 2023 PM3:32
FILED-USDC-CT-NEW_HAVEN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**COMPLAINT FORM**

Jessica Philpotts

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

v.

Case No. __23cv230__
(To be supplied by the Court)

Transunion LLC

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. __Jessica Philpotts__ is a citizen of __Connecticut__ who
   (Plaintiff)                              (State)
presently resides at __32 Chatham st New Haven, CT 06513__.
                         (mailing address)

2. Defendant __Transunion LLC__ is a citizen of __Illinois__
            (name of first defendant)                (State)
whose address is __555 W Adams st Chicago, IL 60661__.

3. Defendant _____ is a citizen of _____
              (name of second defendant)                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

15 USC 1681 AE

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

A year ago i was in the process of getting an auto loan when I notice that Transunion LLC was reporting fraudulent information to my credit report. When i noticed that information reporting on my report i contacted transunion through the consumer financial protection bureau to rectifiy the situation. 15 usc1681c-2 states that i had to file a FTC report as well as send a written document stating my situation which I did and transunion 30 days later sent a notification stating the accounts came back verified. Once those accounts continued to report on to my credit i was not able to get approved for any auto loans. Me not being able to get the loan for a car resulted to me being late every morning to work which happened almost 90 percent of the time due to me taking my kids to school and ahving to get on a bus and a train to get to work every morning. After me being late to work every morning after a month i was fired from my job in the processe of being evicted from my apartment and i am really depressed . This happening to me was the worst thing because i never had a promblem with my credit and getting approved for thing to be able to take care of me and my family.

2

# D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Transunion LLC has been reporting negative items on my credit report as well as not not responding to my disputes that i have sent through the CFPB multiple times.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** _____

Supporting Facts:

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

I am requesting 60,000 for the loan i would have qualified for if those fraudulent accounts were removed as well as moetary relief for losing my job and for those fraudulent accounts to be removed

### F. JURY DEMAND

Do you wish to have a jury trial?   Yes           No  x

_____  
Original signature of attorney (if any)

*Jessica Philpotts*  
**Plaintiff's Original Signature**

_____  
Printed Name

*Jessica Philpotts*  
Printed Name

*32 Chatham St*  
*New Haven, CT 06513*

( )  
Attorney's full address and telephone

( )  
Plaintiff's full address and telephone

Email address if available

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at *Connecticut* on *Feb 17 2023*.
        (location)                               (date)

*Jessica Philpotts*  
**Plaintiff's Original Signature**

(Rev.3/29/16)

5