UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

---

JESSICA PHILPOTTS,                         CASE NO. 3:23-cv-00230-JAM
           Plaintiff,

vs.

TRANSUNION LLC,                          March 18, 2024
           Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

---

Plaintiff Jessica Philpotts ("Plaintiff"), *Pro Se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                                                            Respectfully submitted,

Date: March 18, 2024                          */s/ Jessica Philpotts (with consent)*
                                                               Jessica Philpotts
                                                               32 Chatham Street
                                                               New Haven, CT  06513
                                                               *Pro Se Plaintiff*

| | |
|---|---|
| Date:  March 18, 2024 | */s/ William M. Huse*<br>William M. Huse, Esq. (phv#08762)<br>  (admitted *Pro Hac Vice*)<br>Quilling, Selander, Lownds, Winslett &<br>  Moser, P.C.<br>10333 North Meridian Street, Suite 200<br>Indianapolis, IN  46290<br>Telephone:  317-497-5600 Ext. 603<br>Fax:  317-899-9348<br>E-Mail:  whuse@qslwm.com<br><br>*Lead Counsel for Defendant Trans Union, LLC*<br><br><br>Timothy J. Lee, Esq.  (CT 15118)<br>Fasano, Ippolito & Lee, LLC<br>388 Orange Street<br>New Haven, CT  06511<br>Telephone:  (203) 787-6555<br>Fax:  (203) 776-2119<br>E-Mail:  tlee@fillaw.com<br><br>*Local Counsel for Defendant Trans Union, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **18th day of March, 2024**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **18th day of March, 2024**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Jessica Philpotts<br>32 Chatham Street<br>New Haven, CT  06513 | |
|---|---|

*/s/ William M. Huse*
William M. Huse, Esq. (phv#08762)
  (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett &
  Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  317-497-5600 Ext. 603
Fax:  317-899-9348
E-Mail:  whuse@qslwm.com

*Lead Counsel for Defendant Trans Union, LLC*